IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERNEST JAMES, JR.,          )<br>                             )<br>    Plaintiff,               )<br>                             )<br>    v.                       )     CIVIL ACTION NO. 5:13-CV-197 (MTT)<br>                             )<br>BIBB COUNTY SUPERIOR COURT and )<br>CLARENCE STEWART,            )<br>                             )<br>    Defendants.              )<br>                             ) | |

## ORDER

This Court entered an Order on October 4, 2013, instructing the Plaintiff to advise the Court, no later than October 25, 2013, as to the status of his efforts to serve the Defendants, and to show cause why his case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve the Defendants. (Doc. 5). The Plaintiff did not respond to the Court's show cause order. Pursuant to Rule 4(m), the Court, after notice to the Plaintiff, must dismiss the action without prejudice if the Defendants are not served within 120 days after the complaint is filed, unless the Plaintiff shows good cause for the failure or the Court, in its discretion, extends the time for service without a showing of good cause. Fed. R. Civ. P. 4(m).

The Plaintiff, having failed to respond to the Court's show cause order, has made no showing of good cause. Accordingly, the Court sees no reason to further extend the time for service of process on the Defendants, and the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this the 1st day of November, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
